| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | CHRISTOPHER D. BAKER |
| | LAURA JEAN BERGER |
| 3 | Assistant United States Attorneys |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:21-mj-00011-JLT |
| Plaintiff, | |
| v. | [PROPOSED] ORDER UNSEALING REDACTED COMPLAINT, ARREST WARRANTS AND REDACTED AFFIDAVIT |
| OMAR ALBERTO NAVARRO, DAVID DELGADO GONZALEZ, AMAYRANI JARED ARREGUIN, LIZETTE MENDEZ, MAYRA GUADALUPE GALVAN, MIGUEL ANGEL MARTINEZ, RANDAL JASON NEWELL, JAMES SCOTT GORDON, DANIEL ARMENDARIZ MERCADO, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrants, and redacted affidavit in the above-captioned matter are hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   **March 26, 2021**           **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINTS