**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:  **Defendant, Omar Alberto Navarro**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>**OMAR ALBERTO NAVARRO**<br><br>Defendant(s). | Case No.:  5:21-MJ-00011-JLT<br><br>**STIPULATION TO CONTINUE THE DETENTION HEARING; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER THEREON** |

Defendant, OMAR ALBERTO NAVARRO, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Christopher Baker, **HEREBY STIPULATE** that the Detention Hearing for Mr. Navarro in the above entitled matter **now set for March 31, 2021 at 2:30 p.m. be rescheduled to be heard on April 8, 2021 at 2:30 p.m.** pending approval and order of the court.

Dated:  March 31, 2021              Respectfully Submitted,


                                    By: /s/ PETER M. JONES_____
                                        PETER M. JONES, Attorney for
                                        Defendant, Omar Alberto Novarro

Dated:  March 31, 2021              PHILLIP A. TALBERT, Acting U.S. Attorney
                                    UNITED STATES ATTORNEY'S OFFICE

                                    By: /s/ CHRISTOPHER D. BAKER_____
                                        CHRISTOPHER D. BAKER,
                                        Assistant U.S. Attorney

{8093/002/01004825.DOC}                     1

---

**STIPULATION TO CONTINUE DETENTION HEARING; DECL. OF PETER M. JONES; AND [PROPOSED] ORDER THEREON**

U.S. Pretrial Services Eastern District, CA

Dated: March 31, 2021  By: /s/FRANKGUERRERO
FRANK GUERRERO
Officer, U.S, Pretrial Services

### DECLARATION OF PETER M. JONES

I Peter M. Jones, declare as follows: Mr. Omar Alberto Navarro's Detention Hearing date is set for today at 2:30 p.m. Due to information that has been provided to myself and to Pretrial Services, additional time is needed in order to afford Mr. Navarro a meaningful hearing regarding his detention. I have been in contact with Pretrial Services Officer Frank Guerrero and AUSA Christopher Baker and the date of April 8, 2021 at 2:30 is agreeable and would allow for the necessary time to prepare.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2021, at Fresno California.

/s/ Peter M. Jones
Peter M. Jones

# ORDER

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the Detention Hearing for Defendant, Omar Alberto Novarro, currently set for March 31, 2021 at 2:30, be continued to April 8, 2021 at 2:30 p.m.

**IT IS SO ORDERED**.

DATED: March 31, 2021

HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE